In the Matter of the Transfer Tax upon the Estate of HENRY TALCOTT WASHBOURNE, Deceased. THE COMPTROLLER OF THE STATE OF NEW YORK, Appellant; ISABEL E. S. DE WASHBOURNE, as Executrix, etc., Respondent. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.; Page, J., being constrained to vote for reversal, on the authority of *Matter of Watson* (226 N. Y. 384, 401).

HACIENDA EL POTRERO, INC., Respondent, v. MEXICO CITY BANKING COMPANY, S. A., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

JACOB JACOBSON, Respondent, v. HENRY BRODY, Impleaded with DORA BRODY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

In the Matter of the Petition of HERBERT S. SISSON, as State Commissioner of Excise, Appellant, for an Order Revoking and Canceling Liquor Tax Certificate No. 2739, Held by DIEDRICH MEYER, Respondent.— Order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

RAMON J. BOERA and Another, Doing Business under the Firm Name of BOERA BROS., Appellants, v. CYP. FABRE & CIE., Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

ATLANTIC SALES COMPANY, a New Jersey Corporation, Respondent, v. EASTERN SHORE SHIPBUILDING CORPORATION, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

BIRD S. COLER, Commissioner of Public Charities of the City of New York, on Complaint of MARCELLA KOWALISZCY, Respondent, v. Doctor IGNATIUS REINA, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

ELIAS LIEBAN, Respondent, v. DRAKE'S RESTAURANT, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to

defendant to withdraw demurrer and to answer on payment of said costs and the costs provided for in the order appealed from. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.; Page, J., dissenting on the ground that, in his opinion, the complaint attempts to state a cause of action for false imprisonment with a cause of action for slander.